FILED
CLERK, U.S. DISTRICT COURT

DEC 24 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERENA SHEREE VASQUEZ, <br><br> Defendant. | NO.: CR 13-00893-ODW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for this Central District of California for alleged violation of the terms and conditions of her probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ and

B.  (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her criminal history and the nature and seriousness of the alleged violation of probation.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 24, 2013

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE