FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> Serena Sheree Vasquez ) <br> Defendant. ) | Case No.: CR 13-893 ODW <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (X)  information in the Pretrial Services Report and Recommendation

   (X)  information in the violation petition and report(s)

   (X)  the defendant's nonobjection to detention at this time

   ( )  other: _____

```
 1            and/ or
 2   B. (X)   The defendant has not met his/her burden of establishing by clear and
 3            convincing evidence that he/she is not likely to pose a danger to the
 4            safety of any other person or the community if released under 18 U.S.C.
 5            § 3142(b) or (c). This finding is based on the following:
 6            (X)   information in the Pretrial Services Report and Recommendation
 7            (X)   information in the violation petition and report(s)
 8            (X)   the defendant's nonobjection to detention at this time
 9            ( )   other: _____
10
11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.
13
14   Dated: March 7, 2014                    _____
15                                                       SHERI PYM
                                              United States Magistrate Judge
```